**NEDERLANDSE ERTS–TANKERS-MAATSCHAPPIJ, N. V.,**
Plaintiff-Appellant,

v.

**ISBRANDTSEN COMPANY, Inc., and Jakob Isbrandtsen, Defendants-Appellees.**

No. 248, Docket 31710.

United States Court of Appeals
Second Circuit.

Argued Jan. 8, 1968.

Decided Jan. 9, 1968.

Edward L. Smith, New York City (David A. Nourse, and Kirlin, Campbell & Keating, New York City, on the brief), for plaintiff-appellant.

David R. Hyde, New York City (Immanuel Kohn, Henry G. Bisgaier, Mathias E. Mone, and Cahill, Gordon, Sonnett, Reindel & Ohl, New York City, on the brief), for defendants-appellees.

Before SMITH, KAUFMAN and HAYS, Circuit Judges.

PER CURIAM:

Order affirmed. See opinions of the court in this case, 339 F.2d 440 (2 Cir. 1964) and 362 F.2d 205 (2 Cir. 1966).